**Order issued June 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01245-CR
No. 05-13-01246-CR

**CHAD EUGENE APPLETON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices Moseley, O'Neill, and FitzGerald

Based on the Court's opinion of this date, we **GRANT** the December 30, 2013 motion of Sharita Blacknall for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Sharita Blacknall as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Chad Eugene Appleton, TDCJ No. 1879585, Telford Unit, 3899 Highway 98, New Boston, Texas, 75570.

/ Jim Moseley/
JIM MOSELEY
JUSTICE